_____*Defendant Alvarado*_ WITNESS LIST IN CASE NO.   _23CR271-JLK__

_____United States of America_____ v. __Johnny Alvarado___

| WITNESS | EST. TIME FOR EXAMINATION | DATE(S) TESTIFIED |
|---|---|---|
| *Johnny Alvarado* | *Direct: 1-2 hour* | TBD[1] |
| *Kyle Garcia* | *Direct: 1 hour* | *November 29, 2023* |
| *Bryanna Alvarado[2]* | *Cross Examination 30 min to 1 hour* | *November 28, 2023 or November 29, 2023* |
| *Damillah Williams[3]* | *Cross Examination 30 min to 1 hour* | *November 28, 2023 or November 29, 2023* |
| *Jonathan Dennis[4]* | *Cross Examination 1 hour* | *November 28, 2023 or November 29, 2023* |
| *Paige Dingee* | *Direct Examination 30 min to 1 hour* | TBD |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

[1] Listing Mr. Alvarado is not to be construed as a waiver of his right to remain silent.  Mr. Alvarado may or may not testify.
[2] This witness may be called in the Government's case and which time the defense's cross examination may be used for the Defense's case-in-chief..
[3] This witness may be called in the Government's case and which time the defense's cross examination may be used for the Defense's case-in-chief. This witness will not be called in the Defense's case.
[4] This witness may be called in the Government's case and which time the defense's cross examination may be used for the Defense's case-in-chief. This witness will not be called in the Defense's case.