<u>*United States'*</u>  **UNIFIED EXHIBIT LIST IN CASE NO. 23-CR-00271-JLK-2**

United States v. Johnny Alvarado

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 1 | Sig Sauer, model P356, 9mm firearm | x | | | | |
| 2 | Firearm box with gun lock | x | | | | |
| 3 | 9mm ammunition and magazines | x | | | | |
| 4 | Recorded interview – Johnny Alvarado (INV_0021) | | | | F.R.E. 901 foundation | |
| 5 | Transcript of recorded interview – Johnny Alvarado (INV_121-68) | | | | F.R.E. 901 foundation; F.R.E. 1002. | |
| 6 | Recorded interview – Bryanna Alvarado (INV_0013) | | | | F.R.E. 801, hearsay; 901 foundation; F.R.E. 1002; and right to confront Sixth Amendment | |
| 7 | Transcript of recorded interview – Bryanna Alvarado (INV_84-120) | | | | F.R.E. 801, hearsay; 901 foundation; F.R.E. 1002; and right to confront Sixth Amendment | |
| 8 | Video of firearm box with gun lock (INV_0079) | | | | F.R.E. 402 relevance; F.R.E. foundation. | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 9 | Certified judgment of felony convictions – Kyle Garcia (INV_0058 – INV_0077) | x | | | | |
| 10 | Williams's Report (INV_0015) | | | | F.R.E. 801 hearsay; F.R.E. 901 Foundation; F.R.E. 402 relevance | |
| 11 | Supervised Release Paperwork | x | | | | |
| 12 | Photo of closet from hallway (INV_14.002) | | | | F.R.E. 901 Foundation | |
| 13 | Photo of closet close with top shelf (INV_14.001) | | | | F.R.E. 901 Foundation | |
| 14 | Photo of top of dresser (INV_14.008) | | | | F.R.E. 901 Foundation | |
| 15 | Photo of dresser (INV_14.009) | | | | F.R.E. 901 Foundation | |
| 16 | Photo of front of gun box with gun lock (INV_14.021) | | | | F.R.E. 901 Foundation | |
| 17 | Photo of side of gun box with gun lock (INV_14.022) | | | | F.R.E. 901 Foundation | |
| 18 | Photo of barcode on bottom of gun box (INV_14.017) | | | | F.R.E. 901 Foundation | |
| 19 | Photo of barcode on front of gun box (INV_14.016) | | | | F.R.E. 901 Foundation | |

| EX NO. | DESCRIPTION | STIP. | DATE ADM. | DATE REJ. | OBJECTION | COURT USE ONLY |
|---|---|---|---|---|---|---|
| 20 | Photo of firearm, two magazines, bullet, on laptop (INV_14.012) | | | | F.R.E. 901 Foundation | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

3