**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:   February 29, 2024, | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Erin Valenti |

Criminal Action No.:23-cr-00271-JLK-2

| | |
|---|---|
| UNITED STATES OF AMERICA, | Celeste B. Rangel |
| | Leah M. Perczak |
| Plaintiff, | |
| v. | |
| 2.  Johnny Alvarado, | Reid J. Elkus |
| | Paul H. Sukenik |
| Defendant. | |

### COURTROOM MINUTES

Jury Trial Day 2

**8:46 a.m.     Court in session.**

Court calls case.   Appearances of counsel.   Defendant present on bond.   Also present, Jonathan Dennis, Special Agent.

Jury panel not present.

Discussion regarding Bryanna Alvarado.

Appearance entered by Mr. John F. Sullivan, III, representing witness Bryanna Alvarado.

Comments and request by Ms. Perczak for the Court to conduct an *in camera* inquiry of Bryanna Alvarado.

*8:51 a.m.     Hearing under seal.*

Statement by Mr. Sullivan regarding his client, Bryanna Alvarado.

8:56 a.m.     Bryanna Alvarado, called and sworn.

Direct examination by John Sullivan.

The Court questions Bryanna Alvarado and advises her of her rights.

Bryanna Alvarado invokes her privileges under the Fifth Amendment .

8:59 a.m.       Witness excused.

*9:00 a.m.      Hearing unsealed.*

9:02 a.m.       Jury present.

Preliminary remarks by the Court.

Instructions read by the Court.

9:37 a.m.       Opening statement by Ms. Perczak.

9:47 a.m.       Opening statement by Mr. Sukenik.

9:57 a.m.       Jury excused.

**9:58 a.m.     Court in recess.**

**10:31 a.m.    Court in session.**

10:33 a.m.      Jury present.

Comments by the Court regarding amendment to Jury Instru

10:35 a.m.      Government's witness, Damillah Williams (Federal Probation Officer), called and sworn.

Direct examination begins by Ms. Rangel.

(Previously admitted by stipulation, Government's Exhibits 9 and 11 are shown to the witness.)

10:45 a.m.      Continued direct examination by Ms.Rangel.

Government's Exhibit 12, offered.

10:59 a.m.      Voir dire by Mr. Sukenik

No Objection.

**Government's Exhibit 12, admitted.**

11:02 a.m.      Continued direct examination by Ms. Rangel.

Government's Exhibits 23 and 24 offered.

11:06 a.m.      Voir dire by Mr. Sukenik.

No Objection.

**Government's Exhibits 23 and 24 admitted.**

11:08 a.m.     Continued direct examination by Ms. Rangel.

(Previously admitted by stipulation, Government's Exhibits 1, 2, and 3 are tendered to the witness.)

11:15 a.m.     Continued direct examination by Ms.Rangel.

Government's exhibit 8, offered.

No objection.

Government's Exhibit 8, admitted.

11:24 a.m.     Continued direct examination by Ms. Rangel.

Government's Exhibits 16 and 17 offered.

No Objection.

**Government's Exhibits 16 and 17 admitted.**

11:30 a.m.     Continued direct examination by Ms. Rangel.

Government's Exhibit 20 offered.

No Objection.

**Government's Exhibit 20 admitted.**

11:32 a.m.     Continued direct examination by Ms. Rangel.

The Court admonishes the Jury regarding independent research and case discussion.

11:51 a.m.     Jury excused.

**11:52 a.m.     Court in recess.**

**1:22 p.m.     Court in session.**

Comments by the Court regarding Jury Instruction 3.0.

1:23 p.m.     Jury present.

1:24 p.m.     Cross examination begins by Mr. Sukenik.

1:29 p.m.     Redirect examination begins by Ms. Rangel.

1:31 p.m.     Witness excused.

1:32 p.m.     Government's witness, Kayla Martinez (Federal Probation Officer), called and sworn.

1:33 p.m.      Direct examination begins by Ms. Perczak.

Government's Exhibit 13 offered.

No Objection.

**Government's Exhibit 13 admitted.**

1:42 p.m.      Continued direct examination be Ms. Perczak.

Government's Exhibits 14 and 15 offered.

No Objection.

**Government's Exhibits 14 and 15 admitted.**

1:47 p.m.      Continued direct examination be Ms. Perczak.

1:48 p.m.      Cross examination begins by Mr. Elkus.

1:59 p.m.      Redirect examination begins by Ms. Perczak.

2:00 p.m.      Witness excused.

2:02 p.m.      Government's witness, Kyle Anthony Garcia, called and sworn.

2:03 p.m.      Direct examination begins by Ms. Perczak.

2:34 p.m.      Cross examination begins by Mr. Elkus.

2:46 p.m.      Bench conference regarding objection to examination question.

Objection OVERRULED.

2:50 p.m.      Continued cross examination by Mr. Elkus.

2:52 p.m.      Jury Instruction 3.0 read by the Court.

2:55 p.m.      Continued cross examination by Mr. Elkus.

2:58 p.m.      Redirect examination begins by Ms. Perczak.

2:59 p.m.      Bench conference regarding witness refusing to answer question.

The Court ORDERS witness, Kyle Garcia, to answer the question.

3:00 p.m.      Continued redirect examination by Ms. Perczak.

3:10 p.m.      Jury excused.

**3:11 p.m.      Court in recess.**

**3:38 p.m.    Court in session.**

Jury present.

Witness, Kyle Garcia, excused.

3:39 p.m.    Government's witness, Jonathan Dennis (Special Agent), called and sworn.
3:40 p.m.    Direct examination begins by Ms. Rangel.

Witness, Jonathan Dennis, identifies the Defendant.

The Court takes Judicial Notice of the following dates:

> April 5, 2023 - Wednesday
> April 8, 2023 – Saturday
> April 9, 2023 - Sunday
> April 11, 2023 – Tuesday.

3:55 p.m.    Continued direct examination by Ms. Rangel.

Government's Exhibit 4 offered.

No Objection.

**Government's Exhibit 4 admitted.**

3:57 p.m.    Bench conference regarding Government's Exhibit 5.

Government's Exhibit 4 (audio) played.   Jury given Government's Exhibit 5 (transcript) only for purposes of following the audio of Exhibit 4.

4:24 p.m.    Portion of Exhibit 4 played, as stated on the record.

4:27 p.m.    Continued direct examination by Ms. Rangel.

4:28 p.m.    Bench conference regarding objection to examination question.

Objection OVERRULED.

4:29 p.m.    Portion of Exhibit 4 played, as stated on the record.

4:30 p.m.    Continued direct examination by Ms. Rangel.

Portion of Exhibit 4 played, as stated on the record.

4:33 p.m.    Continued direct examination by Ms. Rangel.

Portion of Exhibit 4 played, as stated on the record.

4:35 p.m.    Continued direct examination by Ms. Rangel.

Portion of Exhibit 4 played, as stated on the record.

4:36 p.m.     Continued direct examination by Ms. Rangel.

Portion of Exhibit 4 played, as stated on the record.

4:41 p.m.     Continued direct examination by Ms. Rangel.

Portion of Exhibit 4 played, as stated on the record.

The Court admonishes the Jury regarding independent research and case discussion.

4:42 p.m.     Jury excused.

Discussion regarding selection of alternates, closing arguments, and remaining witness schedule.

Jury Trial will continue tomorrow morning at 9:00 a.m.

**4:45 p.m.     Court in recess.**
Hearing continued.
Time in court – 5 hours, 29 minutes.